WILLIAM J. FLYNN, S.B. # 95371
SCOTT M. DE NARDO, S.B. # 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel: (415) 677-9440
Fax: (415) 677-9445

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VIGIL MECHANICAL, a sole proprietorship; and, RODNEY JOSE VIGIL, its owner,<br><br>Defendants. | Case No. C 05-5410 JCS<br><br>STIPULATION FOR CONTINGENT ORDER OF DISMISSAL; CONTINGENT ORDER OF DISMISSAL<br><br>Trial Date: TBA<br><br>Judge: Hon. Joseph C. Spero |

STIPULATION FOR CONTINGENT ORDER OF DISMISSAL; CONTINGENT ORDER OF DISMISSAL
Case No. C 05-5410 JCS

PAGE -0-

The parties hereto stipulate as follows:

1. The parties have reached agreement to settle this case under the terms and conditions specified in the Settlement Agreement, filed and/or lodged concurrently herewith.

2. The settlement involves payment of consideration in payments over time.

3. If the settlement payments are not made in a timely fashion or if the Settlement Agreement is otherwise breached, Plaintiffs can file a Stipulation for Entry of Judgment attached to the Settlement Agreement as Exhibit "A". The Court will then Order the Entry of Judgment. Plaintiffs have agreed not to file the Stipulation for Entry of Judgment if the Settlement Agreement is complied with in full.

4. The parties agree that the matter can be dismissed by that Plaintiffs may reopen the matter at any time prior to December 31, 2008, if Plaintiffs certify to the Court that the consideration has not been paid or other terms and conditions of the Settlement Agreement have not been complied with. At that time, Plaintiffs may file their Stipulation for Entry of Judgment.

Dated: April 3, 2006

Respectfully submitted,

NEYHART, ANDERSON,
FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

Dated: April ___, 2006

VIGIL MECHANICAL, a sole proprietorship; and, RODNEY JOSE VIGIL, its owner

By: _____
RODNEY JOSE VIGIL,
Defendants

STIPULATION FOR CONTINGENT ORDER OF DISMISSAL; CONTINGENT ORDER OF DISMISSAL
Case No. C 05-5410 JCS

PAGE -1-

The parties hereto stipulate as follows:

1. The parties have reached agreement to settle this case under the terms and conditions specified in the Settlement Agreement, filed and/or lodged concurrently herewith.

2. The settlement involves payment of consideration in payments over time.

3. If the settlement payments are not made in a timely fashion or if the Settlement Agreement is otherwise breached, Plaintiffs can file a Stipulation for Entry of Judgment attached to the Settlement Agreement as Exhibit "A". The Court will then Order the Entry of Judgment. Plaintiffs have agreed not to file the Stipulation for Entry of Judgment if the Settlement Agreement is complied with in full.

4. The parties agree that the matter can be dismissed by that Plaintiffs may reopen the matter at any time prior to December 31, 2008, if Plaintiffs certify to the Court that the consideration has not been paid or other terms and conditions of the Settlement Agreement have not been complied with. At that time, Plaintiffs may file their Stipulation for Entry of Judgment.

Dated: April 5, 2006

Respectfully submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. De NARDO
Attorneys for Plaintiffs

Dated: April 5, 2006

VIGIL MECHANICAL, a sole proprietorship; and, RODNEY JOSE VIGIL, its owner

By: _____
RODNEY JOSE VIGIL,
Defendants

STIPULATION FOR CONTINGENT ORDER OF DISMISSAL; CONTINGENT ORDER OF DISMISSAL
Case No. C 05-5410 JCS

PAGE -1-

## ORDER

The parties hereto, having advised the Court that they have agreed to a settlement of this action.

IT IS HEREBY ORDERED that this action is dismissed with prejudice, provided, however, that if any p arty hereto shall certify to this Court, with proof of service of copy thereon on the Defendants or their counsel, on or before December 31, 2008 that the agreed consideration for the settlement has not been delivered over, the foregoing Order shall vacated by this Court and this action shall forthwith be restored to the calendar. Plaintiffs may then file the Stipulation for Entry of Judgment referred to in the above stipulation. Judgment will then be entered forthwith.

Dated: April __25__, 2006

_____
UNITED STATES MAGISTRATE JUDGE



STIPULATION FOR CONTINGENT ORDER OF DISMISSAL; CONTINGENT ORDER OF DISMISSAL
Case No. C 05-5410 JCS

PAGE -2-