WILLIAM J. FLYNN, S.B. # 95371
SCOTT M. DE NARDO, S.B. # 216749
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel: (415) 677-9440
Fax: (415) 677-9445

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE; et al., | Case No. C 05-5410 JCS |
| Plaintiffs, | STIPULATION FOR ENTRY OF JUDGMENT; ORDER |
| v. | |
| VIGIL MECHANICAL, a sole proprietorship; and, RODNEY JOSE VIGIL, its owner, | Trial Date: TBA |
| Defendants. | Judge: Hon. Joseph C. Spero |

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

STIPULATION FOR ENTRY OF JUDGMENT; ORDER
Case No. C 05-5410 JCS

PAGE -0 -

1    IT IS HEREBY STIPULATED by and between Plaintiffs U.A. LOCAL 342 JOINT

2  LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES

3  PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE

4  TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION

5  OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING

6  INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342

7  APPRENTICESHIP & TRAINING TRUST FUND and LARRY BLEVINS, as Trustee of the

8  above-TRUSTS, (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds")

9  and the Defendants, VIGIL MECHANICAL, a sole proprietorship; and , RODNEY JOSE

10 VIGIL, its owner, that judgment in the above-entitled cause be entered in favor of Plaintiffs

11 against Defendants VIGIL MECHANICAL and RODNEY JOSE VIGIL in the amount of

12 $29,456.11.

13 Dated: April __, 2006                          Respectfully submitted,

14                                                NEYHART, ANDERSON,
                                                  FLYNN & GROSBOLL
15

16                                                By:_____
17                                                     SCOTT M. De NARDO
                                                       Attorneys for Plaintiffs
18

19 Dated: April ___, 2006                         VIGIL MECHANICAL, a sole
                                                  proprietorship; and, RODNEY JOSE
20                                                VIGIL, its owner

21
                                                  By:_____
22                                                     RODNEY JOSE VIGIL,
                                                       Defendants
23 ///

24 ///

25 ///

26 ///

27

28
   _____
   STIPULATION FOR ENTRY OF JUDGMENT; ORDER
   Case No. C 05-5410 JCS                                    PAGE -1 -

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080  SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

Case 3:05-cv-05410-JCS Document 15 Filed 04/21/2006 Page 3 of 4

1      IT IS HEREBY STIPULATED by and between Plaintiffs U.A. LOCAL 342 JOINT

2 LABOR-MANAGEMENT COMMITTEE; NORTHERN CALIFORNIA PIPE TRADES

3 PENSION TRUST; NORTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE

4 TRUST; LOCAL UNION 342, PLUMBERS & STEAMFITTERS, UNITED ASSOCIATION

5 OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING

6 INDUSTRY OF THE UNITED STATES AND CANADA (AFL-CIO); U.A. LOCAL 342

7 APPRENTICESHIP & TRAINING TRUST FUND and LARRY BLEVINS, as Trustee of the

8 above-TRUSTS, (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds")

9 and the Defendants, VIGIL MECHANICAL, a sole proprietorship; and , RODNEY JOSE

10 VIGIL, its owner, that judgment in the above-entitled cause be entered in favor of Plaintiffs

11 against Defendants VIGIL MECHANICAL and RODNEY JOSE VIGIL in the amount of

12 $29,456.11.

13 Dated: April ___ 2006                 Respectfully submitted,

14                                   NEYHART, ANDERSON,
                                  FLYNN & GROSBOLL

15

16                                   By:_____

17                                    SCOTT M. De NARDO
                                   Attorneys for Plaintiffs

18

19 Dated: April ___ 2006                 VIGIL MECHANICAL, a sole

20                                   proprietorship; and, RODNEY JOSE
                                  VIGIL, its owner

21

22                                   By:_____
                                   RODNEY JOSE VIGIL,
                                   Defendants

23 ///

24 ///

25 ///

26 ///

27

28

STIPULATION FOR ENTRY OF JUDGMENT; ORDER             PAGE -1 -
Case No. C 05-5410 JCS

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080 SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440

ORDER

IT IS HEREBY ORDERED that Judgment be entered in the above-entitled cause in favor of Plaintiffs against Defendants VIGIL MECHANICAL, a sole proprietorship; and, RODNEY JOSE VIGIL, its owner in the sum of $29,456.11.

Dated: ~~April~~ July 10, 2006



_____
UNITED STATES DISTRICT JUDGE

Judge Joseph C. Spero

NEYHART, ANDERSON, FLYNN & GROSBOLL
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
44 MONTGOMERY STREET, SUITE 2080  SAN FRANCISCO 94104-6702
TELEPHONE (415) 677-9440